# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| LATASHA R. WILLIAMS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. **2:16-cv-978-MHT** |
| | ) |
| DEIDRA WRIGHT, Warden, | ) |
| | ) |
| Respondent. | ) |

## CONFLICT DISCLOSURE STATEMENT

Comes now Luther Strange, Attorney General for the State of Alabama, and Debra Wright, Warden for the Alabama Department of Corrections, and through the undersigned counsel makes the following disclosure regarding potential conflicts of interest in accordance with this Court's general order No. 3047:

Luther Strange and Debra Wright, parties named Respondents in the above-styled case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules

<u>Governing Section 2254 Cases in the United States District Courts</u>, have been sued in their official capacities.  Neither Attorney General Strange nor Warden Wright have any known affiliations "that could potentially pose a financial or professional conflict for a judge" on this Court.

        Respectfully submitted,

        Luther Strange (STR003)
        *Attorney General*

        ***s/ James R. Houts***
        James R. Houts
        *Deputy Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2017, I electronically filed the foregoing with the Clerk of the Court using CM/ECF and on the petitioner by placing a copy of the same in the United States Mail, first-class postage prepaid, and addressed as follows:

Latasha Williams, AIS 252293
Tutwiler Correctional Facility
8966 U.S. Highway 231 North
Wetumpka, AL 36092

> *s/ James R. Houts*
> James R. Houts
> *Deputy Attorney General*

ADDRESS OF COUNSEL:

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL  36130
Office (334) 353-1513
Fax (334) 353-3637
jhouts@ago.state.al.us