IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LATASHA RENEA WILLIAMS, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv978-MHT |
| | ) | (WO) |
| DEIDRA WRIGHT, Warden of | ) | |
| Tutwiler Prison for Women, | ) | |
| et al., | ) | |
| | ) | |
|     Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (doc. no. 25) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2019.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE